1  BOBBIE J. MONTOYA
   Assistant United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   SUSAN L. SMITH
4  Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (415) 977-8926
         Facsimile: (415) 744-0134
7        Email: Susan.L.Smith@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MARIA M. RAMIREZ ) | Case No.: 1:13-CV-00513-GSA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO EXTEND |
| v. ) | BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that Defendant shall have a first extension of time of fourteen (14) days, from December 23, 2013 to January 6, 2013, to file her response to Plaintiff's opening brief. This is Defendant's first request for an extension.

Defense counsel mistakenly overlooked the fact that Plaintiff filed her brief eight days early, thereby adjusting the briefing schedule. Moreover, notwithstanding the return of all attorneys subsequent the September 2013 furlough, the Office of the General Counsel for the Social Security Administration has a substantial backlog of work as a result of the lapse in appropriations. The Office of the General Counsel is working diligently to prioritize and work

1

through this backlog as efficiently as possible. As such, the Acting Commissioner requests a 14-day extension of time for filing the Commissioner's brief, with all other dates in the Court's CMO to be extended accordingly.

Respectfully submitted,

Date: December 31, 2013     /s/Christopher Dellert for Kelsey Mackenzie Brown
KELSEY MACKENZIE BROWN
Dellert Baird Law Office, PLLC
Attorneys for Plaintiff
*By email authorization on December 24, 2013*

Date: December 31, 2013     BENJAMIN B. WAGNER
United States Attorney

By:    /s/Susan L. Smith
SUSAN L. SMITH
Special Assistant U.S. Attorney
Attorneys for Defendant

Of Counsel
Tina Saladino
Assistant Regional Counsel
Social Security Administration

## ORDER

Pursuant to the above stipulation, Defendant's Opposition shall be filed no later than January 6, 2014. All other deadlines outlined in this Court's scheduling order shall be modified accordingly.

IT IS SO ORDERED.

Dated: **December 31, 2013**          **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE